FITZROY D'ARCY, as Administrator of the Estate of VIOLET D'ARCY, Deceased, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

*D'Arcy* v. *Interborough Rapid Transit Co.*, 165 App. Div. 757, affirmed.

(Argued October 16, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1915, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, a common carrier, in running a train

in the reverse direction, *i. e.*, southerly, at high speed and without warning past a subway station platform for north-bound trains, striking and killing intestate, while she, a passenger on said platform, was looking over its edge for a north-bound train.

*B. H. Ames, Frederick Allis* and *James L. Quackenbush* for appellant.

*Ralph Gillette* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.